6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**- BROWNSVILLE DIVISION -**

United States District Court
Southern District of Texas
**ENTERED**

**JUN. 0 5 2000**

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| FELICIANO MARTINEZ, | § | |
|    Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-042 |
| | § | |
| JANET RENO, ATTORNEY GENERAL | § | |
| OF THE UNITED STATES AND | § | |
| E.M. TROMINSKI, | § | |
| INS DISTRICT DIRECTOR, | § | |
|    Respondents. | § | |

## ORDER

Upon consideration of the Unopposed Motion to Hold in Abeyance, the Court finds that the Motion should be granted.

IT IS THEREFORE **ORDERED** that this case shall be held in abeyance until September 8, 2000.

DONE at Brownsville, Texas, this 2nd day of June 2000.

_____
John Wm. Black
United States Magistrate Judge